## MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., Nitronex, LLC, Plaintiffs-Appellees

v.

## INFINEON TECHNOLOGIES AG, Defendant

### Infineon Technologies Americas Corporation, Defendant-Appellant

2017-1448

United States Court of Appeals, Federal Circuit.

February 7, 2018

Amanda Tessar, Attorney, Elizabeth M. Banzhoff, Attorney, Perkins Coie, LLP, Denver, CO, Dan L. Bagatell, Perkins Coie LLP, Hanover, NH, Daniel Tyler Keese, Attorney, Perkins Coie, LLP, Portland, OR, for Plaintiffs-Appellees

David G. Wille, Attorney, Jeffery D. Baxter, Attorney, Brian Douglas Johnston, Attorney, Baker Botts, LLP, Dallas, TX, for Defendant-Appellant

Before Prost, Chief Judge, Wallach and Stoll, Circuit Judges.

### ORDER

Per Curiam.

Upon consideration of the parties' February 5, 2018 response to this court's order to show cause,

IT IS ORDERED THAT:

The opinion issued under seal on January 29, 2018, is hereby unsealed.